IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　 )
　　　　　Plaintiff, 　　　　　)
　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　 )　　MISC NO. 1:19-mc-3891-ECM
　　　　　　　　　　　　　　 )
TWITCHELL CORPORATION, 　　)
DOTHAN, AL, 　　　　　　　　)
　　　　　　　　　　　　　　 )
　　　　　Garnishee, 　　　　　)
　　　　　　　　　　　　　　 )
NINA MACENA, 　　　　　　　 )
　　　　　　　　　　　　　　 )
　　　　　Defendant. 　　　　　)

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 1:14CR000016-001 entered against the defendant, NINA MACENA; the last four digits of defendant's Social Security Number are XXX-XX-3964; whose last known address is 1301 Alexander Court, Apt. 14, Dothan, Alabama 36301, in the above cited action in the amount of $110,180.00, plus costs.  There is a balance due of $108,961.20, as of August 13, 2019.

Demand for payment of the above stated debt was made upon the debtor not less than 30 days from August 13, 2019, but defendant has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

Twitchell Corporation
4301 Ross Clark Circle
Dothan, AL 36302

DATED: August 13, 2019

                                    LOUIS V. FRANKLIN, SR.
                                    UNITED STATES ATTORNEY

BY:        /s/ James J. DuBois
                JAMES J. DUBOIS
                Chief, Civil Division
                Assistant United States Attorney
                GA Ba Number 231445
                Post Office Box 197
                Montgomery, AL 36101-0197
                Telephone: (334) 223-7280
                Facsimile: (334) 223-7201
                E-Mail: JamesDubois2@usdoj.gov
                **Attorney for Plaintiff**